DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID F. DAMERAU,**
Appellant,

v.

**WEISS, HANDLER & CORNWELL, P.A.,**
Appellee.

No. 4D21-2072

[January 27, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE 18-021272.

David F. Damerau, Fort Lauderdale, pro se.

Seth A. Kolton of Shendell & Pollock, P.L., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***